AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

PETER PAUL,  )
      Plaintiff,  )
  )    **JUDGMENT IN A CIVIL CASE**
v.  )    **CASE NO. 5:10-CV-100-F**
  )
KENNETH R. LAY,  )
      Defendant,  )

**Decision by Court.**

    IT IS ORDERED AND ADJUDGED that the Motion for Default Judgment is DENIED and the Amended Motion to Dismiss is ALLOWED. Consequently this action is DISMISSED. Any other pending motion is DENIED as moot.

    THE ABOVE JUDGMENT WAS ENTERED TODAY, **June 24, 2010**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Peter Paul (Box 467, Willow Spring, NC 27592)
Gregory P. Roney (via CM/ECF Notice of Electronic Filing)

June 24, 2010                                                         DENNIS P. IAVARONE
Date                                                                           Clerk of Court

                                                                                   /s/ Susan K. Edwards
*Wilmington, North Carolina*                                 *(By) Deputy Clerk*

Page 1 of 1
Case 5:10-cv-00100-F   Document 30   Filed 06/24/10   Page 1 of 1